UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOEY A. GARCIA,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>JEREMEY TAFELMEYER, et al.,<br><br>　　　　　　Defendants. | Case No. 3:25-CV-00051-ART-CLB<br><br>ORDER ON REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE<br>(ECF No. 3.) |

Plaintiff Joey Garcia brings this action under 28 U.S.C. § 1983 against Defendants Deputy Jeremey Tafelmeyer and Deputy Levi Bell. Plaintiff filed a *pro se* civil rights complaint (ECF No. 1-1) and application to proceed *in forma pauperis* ("IFP") (ECF No. 1). Magistrate Judge Baldwin issued a Report and Recommendation ("R&R"), which recommended granting Plaintiff's IFP application, but dismissal of Plaintiff's complaint as duplicative of a complaint already filed in another case before the court. (ECF No. 3.)

## I.　Dismissal of Complaint as Duplicative

Judge Baldwin's R&R screened Plaintiff's complaint under 28 U.S.C. § 1915A. Under 28 U.S.C. § 1915A, courts may dismiss duplicative complaints. *See Cato v. United States*, 70 F.3d 1103, 1107 (9th Cir. 1995). Judge Baldwin recommended dismissal because Plaintiff's complaint in this action is identical to the complaint in a previously filed action, *Garcia v. Tafelmeyer, et al.*, 3:25-cv-00038-MMD-CSD at ECF No. 1-1.

Plaintiff filed an objection to the R&R, stating that he does not object to dismissal of this action but requesting that the Court not dismiss his other action, Case No. 3:25-cv-00038. (ECF No. 6.) Plaintiff states that the law library accidentally filed his complaint two times, when he intended only to file one case. (ECF No. 6.)

1

The Court will therefore adopt Judge Baldwin's R&R and dismiss this action under 28 U.S.C. § 1915A as duplicative.

## II. Plaintiff's Updated Address

On February 10, 2025, the Court ordered Plaintiff to update his address, as his mail had been returned as undeliverable. (ECF No. 5.) In his objection to the R&R, Plaintiff also included an updated address indicating that he is at N.N.C.C. (ECF No. 6 at 2.) The Court will order the Clerk to update Plaintiff's address in this action accordingly.

## III. Conclusion

It is therefore ordered that the Clerk of the Court update Plaintiff's address pursuant to his filing at ECF No. 6:

> Joey Garcia
> #93047
> N.N.C.C.
> P.O. Box 7000
> Carson City, Nevada 89702

It is further ordered that Judge Baldwin's R&R (ECF No. 3) is ADOPTED in accordance with this order.

It is further ordered that Plaintiff's IFP application (ECF No. 1) is DENIED AS MOOT.

It is further ordered that the Clerk FILE the complaint (ECF No. 1-1).

It is further ordered that the complaint (ECF No. 1-1) is DISMISSED without prejudice but without leave to amend in this action.

It is further ordered that the Clerk of the Court ENTER JUDGMENT accordingly and CLOSE this case.

Dated this 5th day of March 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE